| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Sweet, Robert W. | U.S. District Court | 05/15/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Judge (Senior status) | ☐ Nomination, Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2008 to 12/31/2008 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Federal Court House 500 Pearl St - Room 1920 New York, NY 10007 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Constitution Works |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE 2009 MAY 11 A 10:34 RECEIVED

Sweet_Robert_W

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Law and Neuroscience Seminar sponsored by the Federal Judiciary | June 4 - 6, 2008 | Stanford, CA | Seminar attendee | Reimbursement received for airline tickets, lodging, meals and taxis |
| 2. MDL Conference sponsored by the Federal Judiciary | Oct 28 - 29, 2008 | West Palm Beach, FL | Conference attendee | Reimbursement received for airline tickets, lodging and taxis. |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. United Dominion Realty Trust | A | Dividend | K | T | | | | | |
| 2. Wyeth | A | Dividend | K | T | | | | | |
| 3. IBM | A | Dividend | K | T | | | | | |
| 4. Walt Disney Company | A | Dividend | K | T | | | | | |
| 5. AT&T Corp | A | Dividend | J | T | | | | | |
| 6. Alcatel -Lucent | | None | J | T | | | | | |
| 7. 3M | B | Dividend | L | T | | | | | |
| 8. Imation Corp | A | Dividend | J | T | | | | | |
| 9. Proctor & Gamble Co | B | Dividend | L | T | | | | | |
| 10. General Electric Co. | A | Dividend | J | T | | | | | |
| 11. LSI Corp | | None | J | T | | | | | |
| 12. Comcast Corp | | None | J | T | | | | | |
| 13. Smucker J M Company | A | Dividend | J | T | | | | | |
| 14. Citadel Broadcasting | | None | J | T | | | | | |
| 15. Amazon.com Inc. | | None | J | T | | | | | |
| 16. Capital Assets Fund (a) | A | Dividend | J | T | | | | | |
| 17. Precision Castparts | B | Dividend | N | T | Sold (part) | 05/14 | M | G | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Sweet, Robert W. | - | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Precision Castparts | | None | | | Sold (part) | 07/14 | M | G | |
| 19. Precision Castparts | | None | | | Sold (part) | 08/20 | M | G | |
| 20. Precision Castparts | | None | | | Sold (part) | 09/05 | L | F | |
| 21. Precision Castparts | | None | | | Sold (part) | 10/06 | L | F | |
| 22. Wells Fargo Company | D | Dividend | M | T | Sold (part) | 07/22 | L | F | |
| 23. Wells Fargo Company | | None | | | Sold (part) | 08/20 | L | F | |
| 24. American Int'l Group | A | Dividend | | | Sold | 05/14 | L | F | |
| 25. General Electric | C | Dividend | K | T | Sold (part) | 08/05 | L | E | |
| 26. Schlumberger Ltd | C | Dividend | M | T | Sold (part) | 10/06 | L | F | |
| 27. Transocean Inc | | None | K | T | | | | | |
| 28. Amazon.com Inc | | None | L | T | | | | | |
| 29. Ishares Comex Gold Trust | | None | K | T | Buy | 12/01 | K | | |
| 30. USTN 4.875% due 05/31/08 | D | Interest | | | Matured | 05/31 | N | A | |
| 31. USTN 4.375% due 11/15/08 | D | Interest | | | Matured | 11/15 | M | | |
| 32. USTN 4.375% due 12/31/08 | D | Interest | | | Buy | 07/18 | N | | |
| 33. USTN 4.375% due 12/31/08 | | None | | | Matured | 12/31 | M | | |
| 34. USTN 3.125% due 04/15/09 | B | Interest | N | T | Buy | 07/18 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. USTN 4.75% due 02/28/09 | B | Interest | N | T | Buy | 07/18 | N | | |
| 36. FHLB 5.5% due 08/15/08 | D | Interest | | | Sold | 07/18 | M | | |
| 37. Fidelity Trust Co Int'l Money Market Fund (a) | C | Dividend | O | T | | | | | |
| 38. Knolls II Villa LP | | None | J | U | | | | | |
| 39. Estes - Sheridan LP | D | Distribution | J | U | | | | | |
| 40. NP Stratham LLC | B | Distribution | N | U | | | | | |
| 41. NP Dover LP | | None | J | U | | | | | |
| 42. NP Nashua LLC | D | Distribution | M | U | | | | | |
| 43. NP Fairhaven LLC | C | Distribution | J | U | | | | | |
| 44. NP Hanson LLC | | None | J | U | | | | | |
| 45. NP Portfolio Account LLC | G | Distribution | M | U | | | | | |
| 46. NPS2 LLC | D | Distribution | M | U | | | | | |
| 47. Execwest LLC | | None | N | U | Buy | | N | | |
| 48. | | | | | | | | | |
| 49. Trust #1 (lines 50 - 151) (b) | E | Distribution | N | T | | | | | |
| 50. Accenture Ltd | | | | | Buy | 02/01 | J | | |
| 51. Accenture Ltd | | | | | Sold | 12/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Allstate Corp | | | | | Buy (add'l) | 09/26 | J | | |
| 53. Allstate Corp | | | | | Sold | 11/12 | J | | |
| 54. Altera Corp | | | | | Buy | 10/28 | J | | |
| 55. Altera Corp | | | | | Buy (add'l) | 11/28 | J | | |
| 56. Altera Corp | | | | | Buy (add'l) | 12/18 | J | | |
| 57. AIG | | | | | Sold | 04/24 | J | | |
| 58. Amgen | | | | | Buy | 11/12 | J | | |
| 59. Aon Corp | | | | | Sold | 03/28 | J | | |
| 60. Applied Material Inc | | | | | Buy (add'l) | 11/12 | J | | |
| 61. Applied Material Inc | | | | | Sold (part) | 12/19 | J | | |
| 62. Autozone Inc. | | | | | Buy (add'l) | 06/03 | J | | |
| 63. Autozone Inc. | | | | | Sold (part) | 11/06 | J | A | |
| 64. BMC Software Inc. | | | | | Buy | 05/07 | J | | |
| 65. BMC Software Inc. | | | | | Buy (add'l) | 11/12 | J | | |
| 66. BMC Software Inc. | | | | | Sold (part) | 11/28 | J | | |
| 67. BMC Software Inc. | | | | | Sold (part) | 12/19 | J | | |
| 68. Best Buy Co | | | | | Buy | 03/03 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. Best Buy Co | | | | | Buy (add'l) | 06/03 | J | | . |
| 70. Best Buy Co | | | | | Sold (part) | 07/08 | J | | |
| 71. Best Buy Co | | | | | Sold (part) | 10/08 | J | | |
| 72. Best Buy Co | | | | | Sold | 12/19 | J | | |
| 73. Burlington Northern | | | | | | | | | |
| 74. CA Inc. | | | | | Sold | 11/12 | J | | |
| 75. Capital One Financial | | | | | Buy | 04/24 | J | | |
| 76. Capital One Financial | | | | | Buy (add'l) | 05/05 | J | | |
| 77. Capital One Financial | | | | | Sold | 12/19 | J | | |
| 78. Cisco Systems | | | | | Sold | 03/03 | K | | |
| 79. Cooper Industries | | | | | Buy | 12/19 | K | | |
| 80. Disney | | | | | Buy (add'l) | 02/01 | J | | |
| 81. Disney | | | | | Buy (add'l) | 06/03 | J | | |
| 82. Disney | | | | | Sold (part) | 11/06 | J | | |
| 83. Disney | | | | | Sold | 12/01 | J | | |
| 84. Dover Corp | | | | | Buy | 06/04 | J | | |
| 85. Dover Corp | | | | | Sold | 12/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Sweet, Robert W. | . | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Electric Data Sys Corp | | | | | Buy | 02/01 | J | | |
| 87. Electric Data Sys Corp | | | | | Sold (part) | 05/07 | J | | |
| 88. Electric Data Sys Corp | | | | | Sold | 08/19 | J | B | |
| 89. Exxon Mobil Corp | | | | | Sold (part) | 02/01 | L | E | |
| 90. Exxon Mobil Corp | | | | | Sold (part) | 03/03 | K | E | |
| 91. Exxon Mobile Corp | | | | | Sold (part) | 06/03 | L | F | |
| 92. General Electric | | | | | | | | | |
| 93. General Mills | | | | | Buy (add'l) | 06/03 | J | | |
| 94. Goldman Sachs Group Inc | | | | | Sold (part) | 05/01 | J | | |
| 95. Goldman Sachs Group Inc | | | | | Sold | 10/30 | J | A | |
| 96. Hartford Financial Services | | | | | Sold | 10/16 | K | D | |
| 97. Heinz, H J Co. | | | | | Buy (add'l) | 06/03 | J | | |
| 98. Heinz, H J Co. | | | | | Sold | 12/19 | J | | |
| 99. Hewlett Packard | | | | | Sold (part) | 12/19 | J | | |
| 100. IBM | | | | | Buy | 02/01 | K | | |
| 101. IBM | | | | | Sold | 12/19 | K | | |
| 102. International Paper Co | | | | | Buy | 02/01 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. International Paper Co | | | | | Sold | 12/19 | J | | |
| 104. ITT Industries | | | | | | | | | |
| 105. Janus Capital Group Inc | | | | | Buy (add'l) | 02/01 | J | | |
| 106. Janus Capital Group Inc | | | | | Sold (part) | 04/03 | J | | |
| 107. Janus Capital Group Inc | | | | | Sold | 06/03 | J | | |
| 108. Juniper Networks Inc | | | | | Buy | 03/03 | J | | |
| 109. Juniper Networks Inc | | | | | Sold (part) | 07/08 | J | | |
| 110. Juniper Networks Inc | | | | | Sold | 08/01 | J | | |
| 111. KLA Tencor Corp | | | | | Buy | 02/01 | J | | |
| 112. KLA Tencor Corp | | | | | Sold | 12/19 | J | | |
| 113. Kroger | | | | | | | | | |
| 114. L-3 Communications | | | | | Sold | 12/19 | J | | |
| 115. Lauder Estee Co | | | | | Buy | 02/01 | J | | |
| 116. Lauder Estee Co | | | | | Buy (add'l) | 06/0 | J | | |
| 117. Lauder Estee Co | | | | | Sold | 12/19 | J | | |
| 118. Materials Selector Sector | | | | | Sold | 02/01 | J | | |
| 119. McDonalds Corp | | | | | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes (See Columns C1 and D3)    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes (See Column C2)    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. MetLife Inc | | | | | Buy | 04/04 | J | | |
| 121. MetLife Inc | | | | | Sold | 12/19 | J | | |
| 122. Microsoft | | | | | Sold (part) | 10/30 | J | | |
| 123. Microsoft | | | | | Sold | 12/19 | J | | |
| 124. NRG Energy Inc | | | | | Buy | 01/03 | K | | |
| 125. NRG Energy Inc | | | | | Sold | 12/19 | J | | |
| 126. Nucor Corp | | | | | Buy | 06/24 | J | | |
| 127. Nucor Corp | | | | | Sold | 10/30 | J | A | |
| 128. Owens III Inc | | | | | Buy | 03/18 | J | | |
| 129. Owens III Inc | | | | | Sold | 09/02 | J | | |
| 130. Proctor & Gamble | | | | | Buy | 10/28 | J | | |
| 131. Proctor & Gamble | | | | | Buy (add'l) | 12/26 | J | | |
| 132. Qwest Comm | | | | | Buy | 02/01 | J | | |
| 133. Qwest Comm | | | | | Sold | 12/19 | J | | |
| 134. Safeway Inc | | | | | Buy (add'l) | 06/03 | J | | |
| 135. Safeway Inc | | | | | Sold (part) | 10/08 | J | | |
| 136. Safeway Inc | | | | | Sold (part) | 10/23 | J | | |

1. Income Gain Codes:       A =$1,000 or less       B =$1,001 - $2,500       C =$2,501 - $5,000       D =$5,001 - $15,000       E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                            P3 =$25,000,001 - $50,000,000                     P4 =More than $50,000,000
3. Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)  S =Assessment          T =Cash Market
   (See Column C2)          U =Book Value           V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Safeway Inc | | | | | Sold | 12/19 | J | | |
| 138. Southern Copper Inc | | | | | Sold (part) | 06/27 | J | B | |
| 139. Southern Copper Inc | | | | | Sold | 09/26 | J | | |
| 140. Standard & Poors Dep Rcpt | | | | | Buy | 02/19 | M | | |
| 141. Symantec | | | | | Buy | 10/30 | J | | |
| 142. Symantec | | | | | Buy (add'l) | 11/12 | J | | |
| 143. Travelers Co | | | | | | | | | |
| 144. United Technologies | | | | | Sold (part) | 02/01 | J | E | |
| 145. WSTN Digital | | | | | Buy | 03/05 | K | | |
| 146. WSTN Digital | | | | | Sold (part) | 10/08 | J | | |
| 147. WSTN Digital | | | | | Sold | 12/19 | J | | |
| 148. Wyeth | | | | | Sold (part) | 02/01 | J | E | |
| 149. Xilinx Inc | | | | | Buy | 08/19 | J | | |
| 150. Xilinx Inc | | | | | Sold | 12/19 | J | | |
| 151. CMA Money Fund (a) | | | | | | | | | |
| 152. | | | | | | | | | |
| 153. Trust #2 (lines 154 -196) (b) | G | Distribution | P2 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. USTN due 02/15/09 | | | | | Buy | 03/18 | N | | |
| 155. USTN due 02/15/09 | | | | | Buy | 10/07 | N | | |
| 156. USTN due 09/15/08 | | | | | Buy | 03/20 | N | | |
| 157. USTN due 09/15/08 | | | | | Matured | 09/15 | N | | |
| 158. USTN due 08/31/08 | | | | | Buy | 03/18 | N | | |
| 159. USTN due 08/31/08 | | | | | Matured | 08/31 | N | | |
| 160. USTN due 11/15/08 | | | | | Buy | 03/18 | N | | |
| 161. USTN due 11/15/08 | | | | | Matured | 11/15 | N | | |
| 162. USTN due 05/31/09 | | | | | | | | | |
| 163. Amazon | | | | | Buy | 02/01 | L | | |
| 164. Amazon | | | | | Sold | 05/14 | L | | |
| 165. AIG Int'l Group | | | | | Sold | 05/14 | L | F | |
| 166. Apple Inc | | | | | Buy | 10/23 | L | | |
| 167. BP PLC (nee BP Amoco) | | | | | Sold (part) | 08/08 | M | G | |
| 168. Bristol Myers | | | | | Sold | 02/14 | K | | |
| 169. Del Monte Foods Co | | | | | | | | | |
| 170. Exxon Mobil | | | | | Sold (part) | 02/01 | L | F | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)      F =$50,001 - $100,000      G =$100,001 - $1,000,000      H1 =$1,000,001 - $5,000,000      H2 =More than $5,000,000
2. Value Codes      J =$15,000 or less      K =$15,001 - $50,000      L =$50,000 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)      N =$250,001 - $500,000      O =$500,001 - $1,000,000      P1 =$1,000,001 - $5,000,000      P2 =$5,000,001 - $25,000,000
      P3 =$25,000,001 - $50,000,000      P4 =More than $50,000,000
3. Value Method Codes      Q =Appraisal      R =Cost (Real Estate Only)      S =Assessment      T =Cash Market
   (See Column C2)      U =Book Value      V =Other      W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Exxon Mobil | | | | | Sold (part) | 06/20 | M | G | |
| 172. Exxon Mobil | | | | | Sold (part) | 07/03 | M | G | |
| 173. Exxon Mobil | | | | | Sold (part) | 09/30 | M | G | |
| 174. Exxon Mobil | | | | | Sold | 09/30 | M | G | |
| 175. Heinz, H.J. Co. | | | | | | | | | |
| 176. Ing Groep N V ADR | | | | | Sold | 11/28 | K | | |
| 177. Kimberly Clark | | | | | Sold (part) | 04/15 | M | G | |
| 178. Kimberly Clark | | | | | Sold (part) | 08/05 | M | G | |
| 179. Mack Cali Realty Corp | | | | | Sold | 08/11 | K | D | |
| 180. Medco Health Solutions | | | | | | | | | |
| 181. Merck & Co. | | | | | | | | | |
| 182. Pinnacle West Cap Corp | | | | | | | | | |
| 183. Pitney Bowes Inc | | | | | Sold (part) | 08/05 | L | F | |
| 184. Pitney Bowes Inc | | | | | Sold (part) | 08/08 | M | G | |
| 185. Raytheon Co | | | | | | | | | |
| 186. Schering-Plough | | | | | Sold | 04/15 | L | B | |
| 187. Sotheby's | | | | | Sold | 10/06 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Symantec | | | | | Buy (add'l) | 08/14 | L | | |
| 189. Symantec | | | | | Sold (part) | 08/05 | L | F | |
| 190. Symantec | | | | | Sold | 08/14 | L | A | |
| 191. TJX Co | | | | | Buy | 10/23 | L | | |
| 192. TJX Co | | | | | Sold | 11/19 | L | | |
| 193. Washington Mutual | | | | | Sold | 02/01 | K | | |
| 194. North Colorado Springs Land & Improvement Co. | | | | | | | | | |
| 195. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 196. NW Global Partners LP (a/k/a NW Global Fund) | | | | | | | | | |
| 197. | | | | | | | | | |
| 198. Trust #3 (lines 199 - 223) (b) | G | Distribution | P1 | T | | | | | |
| 199. Fiduciary Trust Int'l Money Market (a) | | | | | | | | | |
| 200. USTN 4.875% due 05/31/09 | | | | | Sold (part) | 11/05 | K | A | |
| 201. USTN 4.50% due 02/15/09 | | | | | Buy | 03/18 | N | | |
| 202. USTN 4.50% due 02/15/09 | | | | | Sold | 10/07 | N | | |
| 203. USTN 4.875% due 08/31/08 | | | | | Buy | 03/18 | N | | |
| 204. USTN 4.875% due 08/31/08 | | | | | Matured | 08/31 | N | | |

1. Income Gain Codes: A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Amazon | | | | | Buy | 05/14 | M | | |
| 206. Berkshire Hathaway | | | | | | | | | |
| 207. Pacific Mercatile Banccorp | | | | | Buy | 05/14 | K | | |
| 208. SPDR Gold Trust | | | | | Buy | 12/24 | K | | |
| 209. Estes - Sheridan LP | | | | | | | | | |
| 210. NP Strathan LLC | | | | | | | | | |
| 211. NP Dover LLC | | | | | | | | | |
| 212. NP Nashua LLC | | | | | | | | | |
| 213. NP Fairhaven LLC | | | | | | | | | |
| 214. NP Hanson LLC | | | | | | | | | |
| 215. Northstar Quincy LLC (c) | | | | | | | | | |
| 216. NP Portfolio Account LLC | | | | | | | | | |
| 217. NPS2 LLC | | | | | | | | | |
| 218. Execwest LLC | | | | | Buy | 02/07 | P1 | | |
| 219. Koninklijke Ahold NV | | | | | Sold | 04/15 | L | E | |
| 220. P&A Multi Sector Fund | | | | | Buy | 09/01 | N | | |
| 221. P&A Multi Sector Fund | | | | | Sold (part) | 12/31 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Sweet, Robert W. | - | 05/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. P&A Diversified Mgrs Fund | | | | | Buy | 09/01 | O | | |
| 223. P&A Diversified Mgrs Fund | | | | | Sold (part) | 12/31 | N | | |
| 224. | | | | | | | | | |
| 225. Citibank money market account | A | Interest | J | T | | | | | |
| 226. Citibank checking account | | None | J | T | | | | | |
| 227. JPMorgan Chase checking account | | None | J | T | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

VII. Investements and Trusts

(a) = This is a money market type fund with shares remaining at a constant value of $1.00. Purchases and sales, with no gain or loss, were made throughout the year.

(b) = Income beneficiary only.

(c) = As an income beneficiary only of this trust, not involved in the purchase and sale of assets. Informed by the trustee that this asset was disposed of in or about 2005.

| Name of Person Reporting | Date of Report |
|---|---|
| Sweet, Robert W. | 05/15/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

May 4, 2009

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544